## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 616 MAL 2022

       Respondent    :

       :   Petition for Allowance of Appeal

       :   from the Order of the Superior Court

       v.    :

BRYAN RICHARD LOVE,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.